UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LONZA NEAL, | ) | CASE NO. 5:09 CV 1780 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| CHAPEL HILL MALL, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore **ORDERED** that this action is dismissed. Further, the court **CERTIFIES** pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith. This case is closed.

**IT IS SO ORDERED**.

Dated: September 23, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**